UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALVIN DULANEY, JR., | Case No. 18-06059 EJD (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DANE EWING, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On April 4, 2019, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days. (Docket No. 9.) Plaintiff was advised that failure to respond in accordance with the Court's order by filing an amended complaint in the time provided would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id. at 12.) The Court later granted Plaintiff's motion for an extension of time to file an amended complaint, such that he had until June 5, 2019, to do so. (Docket No. 13.)

The deadline to file an amended complaint has passed with no further filing from Plaintiff. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 6/17/2019

EDWARD J. DAVILA
United States District Judge